**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 11-93-RE |
| v. | INDICTMENT |
| BRYAN EUGENE BEATTY, a.k.a. "Bubba," | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C) and 853 |
| Defendant. | UNDER SEAL |

**THE GRAND JURY CHARGES:**

**Count 1:**
**[Distribution of Methamphetamine]**

On or about October 28, 2010, in the District of Oregon, **BRYAN EUGENE BEATTY, a.k.a. "Bubba,"** defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).



### Count 2:
### [Distribution of Methamphetamine]

On or about October 26, 2010, in the District of Oregon, **BRYAN EUGENE BEATTY,** **a.k.a. "Bubba,"** defendant herein, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 3:
### [Distribution of Cocaine]

On or about October 22, 2010, in the District of Oregon, **BRYAN EUGENE BEATTY,** **a.k.a. "Bubba,"** defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### Count 4:
### [Distribution of Methamphetamine]

On or about August 10, 2010, in the District of Oregon, **BRYAN EUGENE BEATTY,** **a.k.a. "Bubba,"** defendant herein, did knowingly and intentionally distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### Count 5:
### [Distribution of Methamphetamine]

On or about July 30, 2010, in the District of Oregon, **BRYAN EUGENE BEATTY,** **a.k.a. "Bubba,"** defendant herein, did knowingly and intentionally distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Page 2        Indictment

**Criminal Forfeiture Allegation:**
[Narcotics Offense]

Upon conviction of a controlled substance offense listed above, **BRYAN EUGENE BEATTY, a.k.a. "Bubba,"** defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

DATED this 24 day of February 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB # 09054
United States Attorney
District of Oregon

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Page 3     Indictment